No. 12–0616/AR. United States v. Timothy E. Bennitt. CCA 20100172. On consideration of the joint motion to file a supplemental joint appendix, it is ordered that said motion is hereby granted.

Wednesday, October 29, 2014

No. 15–0019/AF. U.S. v. Luis A. Walker. CCA 38237. On consideration of Appellee's motion to attach and motion to deny the petition of grant of review for lack of jurisdiction, which this Court construes as a motion to dismiss the petition for grant of review for lack of jurisdiction, it is ordered that said motions are hereby granted.